# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ANN FELDMAN AND KIM MANUFACTURING COMPANY, STEWART HALL, L.P., | : No. 307 MAL 2016 |
| | : |
| | : Petition for Allowance of Appeal from |
| Intervenors | : the Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| THE BOARD OF SUPERVISORS OF EAST CALN TOWNSHIP, PROGRESSIVE HOUSING VENTURES, LLC, J. LOEW AND ASSOCIATES, INC., AND BOROUGH COUNCIL OF THE BOROUGH OF DOWNINGTOWN | : |
| | : |
| | : |
| PETITION OF: ANN FELDMAN | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.